### EVERETT v. STATE.
### No. 23536.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was charged by indictment in the District Court of Shelby County, Texas, with the offense of obtaining a nar-cotic drug by a forged prescription. Appellant waived a jury and entered his plea of guilty before the court. After hearing said plea and the evidence in said cause, appellant was found guilty and his punishment assessed at two years in the penitentiary.

The record, as brought forward, contains neither bills of exceptions nor a statement of facts. The proceedings are regular.

The judgment of the trial court is affirmed.

### EDENS v. STATE.
### No. 23525.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was assessed a penalty of Two Hundred and Fifty Dollars for violation of the liquor law upon her plea of guilty.

The record before us contains no notice of appeal. Consequently this court has no jurisdiction to consider the case.

The appeal is dismissed.